JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOEMI TAPIA REYES,** | ) NO. CV 20-6405 KS |
| Plaintiff, | ) |
| v. | ) |
| | ) JUDGMENT |
| **KILOLO KIJAKAZI, Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: March 28, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE